UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUVENTINO GARCIA-SEVERINO,

                        Plaintiff,                      18 **CIVIL** 11401 (CS)

                -against-                      **JUDGMENT**

TDL RESTORATION, INC.,
TDL MANAGEMENT CORP.,
DRITON QUNI, AND GJON QUNI,

                      Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 9, 2020, Plaintiff's application for attorneys' fees and costs is GRANTED in part. The requested fee award of $44,830 is reduced to $39,496.50.  I also award $1,433.75 in costs. Accordingly, the total award of fees and costs is $40,930.25; judgment is hereby entered for TDL Management Corp.; judgment for Plaintiff, jointly and severally, against Defendants TDL Restoration, Inc., Driton Quni, and Gjon Quni in the amount of $41,885.72 for liability, $7,913.34 for prejudgment interest (to be increased by $3.93 per day if judgment is not entered today) and $40,930.25 for fees and costs; accordingly, the case is closed.

**Dated:**  New York, New York
         December 9, 2020

                                                                 **RUBY J. KRAJICK**
                                                                     Clerk of Court
                                           BY:
                                                                       Deputy Clerk